IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN STEWART, #281 566, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12-CV-202-TMH |
| | ) | [WO] |
| CAPTAIN NAPIER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this 42 U.S.C. § 1983 action on March 5, 2012. At the time he filed this complaint, Plaintiff was incarcerated at the Ventress Correctional Facility located in Clayton, Alabama. On March 8, 2012, the court entered an order of procedure which instructed Plaintiff, among other things, to inform the court of any change in his address. Doc. No. 4, ¶8(h). The order further informed Plaintiff that his failure to comply with this requirement would result in a Recommendation that this case be dismissed. *Id*.

On April 26, 2012, the envelope containing Plaintiff's copy of an order filed April 20, 2012 was returned to the court marked "Not of this Facility; Return to Sender." Consequently, the court entered an order on April 27, 2012 directing Plaintiff to provide the court with his present address on or before May 7, 2012. Doc. No. 16. Plaintiff was cautioned that his failure to comply with the court's April 27 order would result in a recommendation that this case be dismissed. *Id*. Plaintiff's copy of the court's April 27 order was returned to the court marked as undeliverable.

As it appears clear that Plaintiff is no longer residing at the most recent address for service he provided to the court and that he has not provided this court with a new service address, the undersigned concludes that dismissal of the complaint is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation **on or before May 29, 2012**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a *de novo* determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Sec., Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en

banc) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 15th day of May, 2012.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE