IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN STEWART, #281566, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12-CV-202-TMH |
| | ) | |
| CAPTAIN NAPIER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #17) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #17) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

A separate judgment shall issue.

Done this 7th day of June, 2012.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE